JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHUCK KIRKTON,<br><br>          Plaintiff,<br><br>    vs.<br><br>FCA US LLC,<br><br>          Defendant. | **CASE NO.: 2:19-cv-08347-JFW-GJSX**<br><br>[Removed from Los Angeles Superior Court – Case No. 19PSCV00716]<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION BACK TO LOS ANGELES COUNTY SUPERIOR COURT** |

IT IS HEREBY ORDERED that the action be remanded back to Los Angeles County Superior Court. Plaintiff shall not seek to recover civil penalties in this action. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action. This does not change or alter Plaintiff's right to recover attorneys' fees and costs pursuant to the fee-shifting provisions of the Song-Beverly Act and Magnuson-Moss Warranty Act. Accordingly, all attorneys' fees and costs incurred prior to the date of removal (September 26, 2019) and all attorneys' fees and costs incurred after the stipulation to remand is filed (October 21, 2019) may be recoverable by Plaintiff, if Plaintiff is the prevailing party through settlement or at trial.

IT IS SO ORDERED.

DATED: October 22, 2019

_____
Hon. John F. Walter